

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |
|---|---|
| § | No. 08-16-00052-CV |
| § | Appeal from the |
| IN THE INTEREST OF S.H. and K.H., § Children. | 65th District Court |
| § | Of El Paso County, Texas |
| § | (TC# 2010CM6668) |
| § |  |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment.  We therefore affirm the judgment of the court below.  We further order that Appellee recover from Appellant and her sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs of this appeal, for which let execution issue.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF JUNE, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.